**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JEFFREY ELMORE**                                                                     **PLAINTIFF**
**ADC #091418**

v.                                                    No. 4:24-cv-00110-LPR

**CANTRELL BASS,** *et al.*                                             **DEFENDANTS**

**ORDER**

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Benecia B. Moore (Doc. 22). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 11) is DENIED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 30th day of October 2024.

                                                                                         _____
                                                                                         LEE P. RUDOFSKY
                                                                                         UNITED STATES DISTRICT JUDGE